PHILLIP A. TALBERT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

Attorneys for Defendant
AKASHDEEP SINGH KANDOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRNA LOPEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>AKASHDEEP SINGH KANDOLA,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:23-cv-02856-DJC-AC<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR A TEMPORARY RESTRAINING ORDER** |

**ORDER**

Defendant Akashdeep Singh Kandola ("Defendant") applied *ex parte* to extend time to respond to Plaintiff Mirna Lopez's ("Plaintiff") Request for a Temporary Restraining Order against Defendant for twenty-eight (28) days until January 12, 2024.  Local Rule 144(c); *see* ECF No. 4.  Good cause appearing, Defendant's application is GRANTED.  Defendant shall respond to Plaintiff's Request by January 12, 2024.

　　　　IT IS SO ORDERED.

DATED: December 12, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION                    1