1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MIRNA LOPEZ,                              No.  2:23-cv-02856 DJC AC PS

12                  Plaintiff,

13          v.                                 ORDER

14   AKASHDEEP KANDOLA,

15                  Defendant.

16

17          Defendant removed this case from state court on December 6, 2023.  ECF No. 1.  On

18   January 19, 2024, defendant made a motion to dismiss, set to be heard on March 6, 2024.  ECF

19   No. 10.[1]  Per Local Rule 230(c), plaintiff was required to file an opposition or notice of non-

20   opposition within 14 days of the motion being filed.  In this case, the deadline was February 2,

21   2024.  Plaintiff did not file an opposition or statement of non-opposition.

22          Good cause appearing, IT IS HEREBY ORDERED that the hearing date of March 6, 2024

23   is VACATED to be re-set as necessary.  Plaintiff shall show cause, in writing, within 14 days,

24   why her failure to respond to the pending motion should not result in a recommendation that this

25   case be dismissed for failure to prosecute.  The filing of an opposition or statement of non-

26   ////

27

28   [1]  This motion replaced a previously filed but improperly noticed motion to dismiss at ECF No. 6.

1

opposition within this timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Rule 110.

IT IS SO ORDRED.

DATED: February 21, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE